1020

**USL BATTERY CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 400, 401.

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Paul P. Cohn, of Niagara Falls (Franchot, Runals, Cohen, Taylor & Rickert, of Niagara Falls, of counsel), for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, John M. Hudson, and John J. Pringle, Jr., Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on authority of American Equitable Assur. Co. of New York v. Helvering, 68 F.(2d) 46 (C.C.A.2d).

**Joseph A. VARBALOW, Appellant, v. Wm. P. ABDILL, Trustee, etc.**

No. 6025.

Circuit Court of Appeals, Third Circuit.

June 12, 1936.

Joseph Varbalow, of Camden, N. J. (Harry Grossman, of Elizabeth, N. J., of counsel), for appellant.

Thomas H. Munyan, of Ocean City, N. J. (H. R. Coulomb, of Atlantic City, N. J., of counsel), for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

This case concerns the fixation of counsel fees. The matter was referred to a referee, who made a report fixing such fees, which action was approved by the court below.

After argument and full consideration had of all questions involved in this appeal from the lower court's order, we find no error was committed. The question was wholly one of fact. The decree appealed from is affirmed.

**E. L. VAN BUREN, Appellant, v. W. C. MANN, Appellee.**

No. 4068.

Circuit Court of Appeals, Fourth Circuit.

June 30, 1936.

Alexander H. Sands and Alexander H. Sands, Jr., both of Richmond, Va., for appellant.

Guy B. Hazelgrove and R. R. Parrish, both of Richmond, Va., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs.

**Daniel WAITE, Receiver of Iron National Bank of Ironwood, Mich., v. Carl MEESKE.**

No. 6945.

Circuit Court of Appeals, Sixth Circuit.

June 1, 1936.

William G. Cloon, of Ironwood, Mich., for appellant.

Ivan D. Wright, of Ironwood, Mich., and Miller, Eldredge & Eldredge, of Marquette, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.